IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MARY F. DORAN                                                                                    PLAINTIFF

v.                                            4:05CV00765 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 5th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE